# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00119-BNB

DEREK WILLIAM BARRINGER SR.,

    Plaintiff,

v.

DENVER COUNTY SHERIFFS [sic] DEPARTMENT,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 6 2006

GREGORY C. LANGHAM
CLERK

---

## SECOND ORDER TO CURE DEFICIENCY

---

Plaintiff Derek W. Barringer has submitted a properly signed Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915. He also has submitted a Notice stating that the Denver Sheriff's Office will not give him a certified copy of his inmate account statement. Plaintiff did not provide to the Court any written verification signed by jail officials that they will not provide him with a certified copy of his account statement. Accordingly, it is

ORDERED that Plaintiff shall have thirty days from the date of the instant Order to submit a current certified trust fund statement or in the alternative a written verification by jail officials stating why the trust fund statement will not be provided. It is

FURTHER ORDERED that if Plaintiff fails to comply with the Order within the time allowed the Complaint and action will be dismissed without further notice

DATED February 6, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00119-BNB

Derek W. Barringer, Ph.D
Prisoner No. 1468030
Denver County Jail
PO Box 1108
Denver, CO 80201-1108

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/6/06

GREGORY C. LANGHAM, CLERK

By /s/ Deputy Clerk