IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00119-BNB

DEREK WILLIAM BARRINGER SR.,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 9 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motion for Order to Appoint Counsel, his Motion for the U.S. Marshal to Serve Defendant, and his "Motion for a Hearing to Set a Scheduling Confrence [sic]," all filed February 7, 2006, are DENIED as premature. Plaintiff's request for waiver of photo copy fees, filed February 7, 2006, is DENIED.

Dated: February 9, 2006

---

Copies of this Minute Order mailed on February 9, 2006, to the following:

Derek Barringer
Prisoner No. 1468030
Denver County Jail
PO Box 1108
Denver, CO 80201

                                                          */s/*
                                        Secretary/Deputy Clerk