IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00119-BNB

DEREK WILLIAM BARRINGER,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPARTMENT,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 9 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On April 18, 2006, Plaintiff filed a Motion for Leave to File Amended Complaint. The Motion is DENIED as moot. In an order also dated April 18, 2006, the Court has directed Plaintiff to file an Amended Complaint.

Dated: April 19, 2006

Copies of this Minute Order mailed on April 19, 2006, to the following:

Derek W. Barringer
Prisoner No. 1468030
Denver County Jail
PO Box 1108
Denver, CO 80201-1108

                                  Secretary/Deputy Clerk